[No. 15634-9-I. Division One. August 11, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS MICHAEL O'QUIN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84-1-01139-1, Francis E. Holman, J., entered October 14, 1984. *Affirmed* by unpublished opinion per

Webster, J., concurred in by Scholfield, C.J., and Pekelis, J.